IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CRIMINAL NO. DLB-25-137 |
| JOEL THOMAS BIERMANN, | * |
| Defendant | * |

\*\*\*\*\*\*\*

**JOINT STATUS REPORT**

The United States of America, by and through its attorneys, and the Defendant Joel Thomas Biermann (the "Defendant" or "Biermann"), by and through his attorneys, hereby submit this joint status report:

1. On May 1, 2025, a federal grand jury returned a four-count indictment charging Biermann with two counts of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).  ECF 1.

2. On May 5, 2025, Biermann appeared before U.S. Magistrate Judge Ajmel A. Quereshi for his initial appearance and arraignment.  ECF 6.  A status report deadline was set for 45 days from the hearing, or June 19, 2025.

3. On May 8, 2025, the Government produced an initial set of discovery and will provide additional discovery as it becomes available.  Because of the nature of the allegations in this case, the parties held an initial in-office discovery review on June 13, 2025.

4. On May 9, 2025, following a detention hearing, Judge Quereshi issued an order of

1

detention pending trial.  ECF 19.

5. On May 19, 2025, the Court issued an order excluding the time from May 9, 2025, through and including, June 19, 2025, within which trial must commence under the Speedy Trial Act.  ECF 23.

6. The Government anticipates filing a motion to toll for another 45 days from June 19, 2025, to August 4, 2025, and has reached out to the Defense for their position on additional tolling.  Defense counsel is meeting with Biermann on June 20, 2025, and will provide their position following that meeting.

7. Counsel for the Defendant requires additional time to review discovery and to consult with his client regarding next steps in this case, including a possible pretrial resolution. Additionally, the Government's production of discovery remains ongoing.

8. At this juncture, the parties are not seeking a trial date.  Should this case proceed to trial, the parties may file any relevant motions in limine.

9. At this time, the parties are not seeking a deadline for the filing of any pretrial motions.  Counsel for the Defendant needs additional time to review discovery with his client and is still appraising whether the Defendant intends to file any pretrial motions.

10. Counsel for the Defendant, Peter Fayne, consents to this joint status report.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:    _____/s/_____
        Megan S. McKoy
        Assistant United States Attorney

        Gwendelynn Bills
        Trial Attorney
        Criminal Division
        U.S. Department of Justice