IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. DLB-25-137** |
| | * | |
| **JOEL THOMAS BIERMANN,** | * | |
| | * | |
| Defendant | * | |

*******

## MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorneys, hereby submits this motion for an order excluding time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and in support thereof submits the following:

1. On May 1, 2025, a federal grand jury returned a four-count indictment charging Joel Thomas Biermann ("Biermann") with two counts of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

2. On May 5, 2025, Biermann appeared before U.S. Magistrate Judge Ajmel A. Quereshi for his initial appearance and arraignment. ECF 6. A status report deadline was set for 45 days from the hearing, or June 19, 2025.

3. On May 8, 2025, and June 23, 2025, the Government produced discovery to the Defense and will provide additional discovery as it becomes available. Because of the nature of the allegations in this case, the parties held an initial in-office discovery review on June 13, 2025.

4. On May 9, 2025, following a detention hearing, Judge Quereshi issued an order of

detention pending trial.  ECF 19.

5.     On May 19, 2025, the Court issued an order excluding the time from May 9, 2025, through and including, June 19, 2025, within which trial must commence under the Speedy Trial Act.  ECF 23.

6.     On June 25, 2025, the Court issued an order excluding the time from June 19, 2025, through and including, August 4, 2025, within which trial must commence under the Speedy Trial Act.  ECF 26.

7.     On July 31, 2025, counsel for the Defendant submitted multiple discovery requests. The Government provided an initial response to the requests on August 3, 2025.

8.     In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment shall commence within 70 days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs.  However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9.     The Government has produced and will continue to produce discovery to Defense counsel.  Due to the nature of the case, some of the discovery needs to be reviewed with Defense counsel in-person.  Additional time is needed for Defense counsel to review discovery, draft potential motions, and discuss possible resolutions with the Government in this case.  As such, trial within 70 days would deny the Government and counsel for the Defendant the reasonable time necessary for effective preparation.

10.    For the foregoing reasons, the ends of justice will be served by excluding the time from **August 4, 2025, through and including, September 26, 2025**, in computing the time within

which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, counsel for the Government, moves that the Court issue an order excluding the time from **August 4, 2025, through and including, September 26, 2025**, in computing the time within which trial must commence.   A proposed order is attached.

                            Respectfully submitted,

                            Kelly O. Hayes
                            United States Attorney

By:       /s/
               Megan S. McKoy
               Assistant United States Attorney

               Gwendelynn Bills
               Trial Attorney
               Criminal Division
               U.S. Department of Justice