IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * | CRIMINAL NO. DLB-25-137 |
| | * | |
| JOEL THOMAS BIERMANN, | * * | |
| Defendant | * * | |

### ORDER

Upon consideration of the Government's Motion to Exclude Time Under the Speedy Trial Act, and based on the facts and arguments provided in the Motion and defense counsel's notification to the Court that the defendant does not object, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of the requested continuance and exclusion for the time period identified in the Motion outweigh the interests of the public and the defendant in a speedy trial because the additional time is needed to allow the defendant to properly review discovery, for the defendant to prepare and file any necessary pretrial motions, and for the parties to engage in plea discussions.

Accordingly, it is hereby ORDERED that:

1. The Motion to Exclude Time Under the Speedy Trial Act and Continue the Pretrial Motions Deadline is GRANTED.

2. The time period from and including **August 4, 2025, to September 26, 2025**, is excluded in computing the time within which trial in this matter must commence under the Speedy Trial Act.

September 3, 2025
Date

_____
Honorable Deborah L. Boardman
United States District Judge